United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN GARRISON,
Plaintiff,

v.

SANTA CLARA COUNTY,
Defendant.

Case No. 26-cv-04582-JSC

**ORDER OF DISMISSAL AND DENYING MOTIONS FOR ARREST AND IDENTIFICATION**

(ECF Nos. 8, 9)

## INTRODUCTION

Plaintiff Steve Garrison, an inmate in Santa Clara County Jail who is proceeding without representation by an attorney, filed this civil complaint against Santa Clara County and a number of county officials.[1] (ECF No. 5 at 1-2.) Plaintiff is granted leave to proceed in forma pauperis in a separate order. For the reasons explained below, the complaint is DISMISSED as frivolous, and the motions "for arrest of Defendants" (ECF No. 8) and "to identity Defendants' counsel and hold the U.S. Courts in contempt" (ECF No. 9) are DENIED.

## BACKGROUND

Plaintiff makes a variety of far-fetched allegations and claims. The form civil rights complaint under 42 U.S.C. § 1983 also asserts "the violation of RICO Act and Treason." (*Id.* at 1.) Plaintiff alleges "the Co. is being connected to child murders, prob[ably] in the 1000s," "there is an order by Donald Trump to exterminate Latino babies (like 300 movie!)," Defendant Deputy Flores is "guilty of raping 30,000 inmates," and "Trump is guilty of gassing millions of US/Inmates." (*Id.* at 2-3.) Plaintiff further alleges a judge is "guilty of millions of mass killings,"

[1] Garrison also states the United States "as a class action" and Sean Allen (the President of the N.A.A.C.P.) are Plaintiffs. (ECF No. 5 at 2.) Only Garrison signed the complaint, the application to proceed in forma pauperis and other motions filed in this case. (*Id.* at 3; *see* ECF Nos. 6-9.)

and "Trump was never a president for bankruptcy, it's a Brady rule violation (moral turp[i]tude) defraud investors/voters." (*Id.* at 4.) He also alleges "spoiled food" at the jail is "pig feed" and "a Rico Act against Washington State," and "psych meds has fentanyl and anthrax in them." (*Id.* at 5.) As noted, Plaintiff has also filed motions "for arrest of Defendants" (ECF No. 8) and "to identity Defendants' counsel and hold the U.S. Courts in contempt" (ECF No. 9).

**STANDARD OF REVIEW**

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b). Pleadings filed by unrepresented parties must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

**LEGAL CLAIMS**

Plaintiff's complaint must be dismissed as frivolous. A claim is frivolous if it is premised on an indisputably meritless legal theory or is clearly lacking any factual basis. *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Examples are claims describing fantastic or delusional scenarios "with which federal district judges are all too familiar." *Id.* at 328.

Sections 1915A accords judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. *Denton v. Hernandez*, 504 U.S. 25, 32 (1992). To pierce the veil of the complaint's factual allegations means that a court is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations. *Id.* But, this initial assessment of the plaintiff's factual allegations must be weighed in favor of the plaintiff. *Id.* A frivolousness determination cannot serve as a factfinding process for the resolution of disputed facts. *Id.* A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them. *Id.* at 32-33. The complaint may not be

dismissed simply because the court finds the plaintiff's allegations unlikely or improbable. *Id.* at 33.

Plaintiff's allegations that the County has murdered thousands of children, a deputy has raped 30,000 inmates, President Trump has exterminated and gassed millions of people, a judge has also killed millions of people, and psychiatric medications contain anthrax and fentanyl are wholly incredible and delusional.[2] Consequently, under Section 1915A the Court pierces the veil of Plaintiff's factual allegations and finds these claims frivolous. Plaintiff's motions are also frivolous insofar as this Court does not have the authority to hold the federal courts "in contempt," and there are no valid grounds to arrest Defendants.

**CONCLUSION**

For the foregoing reasons, the case is DISMISSED without leave to amend as frivolous. Plaintiff's motions to "arrest" Defendants and to hold the United States Courts in contempt are also DENIED as frivolous.

The clerk shall enter judgment and close the file.

This order terminates docket numbers 8 and 9.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

[2] Plaintiff makes no allegations about defendant President Trump.